UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Eddie Williams, | Civil No. 06-03 (RHK/FLN) |
| Petitioner, | **ORDER** |
| v. | |
| R.L. Morrison, Warden, | |
| Respondent. | |

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 25, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation (Doc. No. 9) is **ADOPTED**;

2. That to the extent Petitioner seeks an order that the Bureau of Prisons reconsider the length of time Petitioner should be assigned to an RRC pursuant to the factors set forth in 18 U.S.C. § 3621(b), the petition is **GRANTED**.  See Fults v. Sanders, 442 F.3d 1088, 1190 (8th Cir. 2006).  To the extent that Petitioner seeks an immediate assignment to an RRC, the petition is **DENIED**.

Dated: June 16, 2006

s/Richard H. Kyle
RICHARD H. KYLE June 16, 2006
United States District Judge